Anton Ewing
3077 Clairemont Drive #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com

Plaintiff in pro per

FILED
JUL 03 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# THE UNITED STATES FEDERAL DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton A. Ewing, an individual<br><br>Plaintiff,<br><br>vs.<br><br>**Kirtz Investments, Inc;**<br><br>**Sean Richard Kirtz,** an individual.<br>Defendants. | Civil Case No. **23-cv-0986- DMS JLB**<br><br>**ANTON EWING'S APPLICATION FOR ENTRY OF DEFAULT AGAINST NON-RESPONDING DEFENDANT KIRTZ INVESTMENTS INC**<br><br>Date: NA<br>Time: NA |

TO THE CLERK OF THE COURT:

This is not a motion to a Judge. Pursuant to FRCP 55(a), Plaintiff Anton A. Ewing hereby makes this application for entry of default against Kirtz Investments,

APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT- 1

23CV0986

1  Inc, for failure to defend, and failure to file a responsive pleading within 21 days
2  after service of the Summons and Complaint.

Dated: June 29, 2023

                                    Anton Ewing

                                    _/S/ Anton Ewing_
                                    Anton Ewing, Plaintiff
                                    Pro per
                                    anton@antonewing.com

APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT- 2

23CV0986

Anton Ewing
3077 Clairemont Drive #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com

Plaintiff In *Pro Per*

# FEDERAL DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual<br><br>Plaintiff,<br><br>vs.<br><br>**Kirtz Investments, Inc**;<br>**Sean Richard Kirtz** an individual.<br><br>Defendants. | Civil Case No. **23-cv-0986- DMS JLB**<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT KIRTZ INVESTMENTS INC**<br><br>Date: NA<br>Time: NA<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES** |

Plaintiff Anton Ewing ("Ewing") hereby respectfully applies to the Clerk of the Court, pursuant to Federal Rule of Civil Procedure 55(a), to enter default against Defendant Kirtz Investments, Inc, for failure to respond to the Summons by filing an Answer or other responsive pleading. In support of this Application, Plaintiff is filing a Memorandum of Points and Authorities and Statement of Material Facts. For the reasons provided in the supporting Memorandum he is entitled to default on his claims in the complaint. Consequently, Plaintiff

APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT- 3

respectfully prays the Clerk of the Court enter default in his favor and against Defendant Kirtz Investments, Inc.

Defendant Kirtz Investments, Inc was served by a registered process server. The Summons required Defendant Kirtz Investments, Inc to respond within 21 days.  Said Defendant has failed to respond or otherwise defend this action after being served with the Summons.  The Summons was a command from the Clerk of the Court to file a responsive pleading.

**Wherefore,** the Clerk of the Court should grant Plaintiff's application for default because Defendant Kirtz Investments, Inc has failed to comply with this Court's order contained in the Summons.

Dated: June 29, 2023

Anton Ewing
/S/ Anton Ewing
Anton Ewing, Plaintiff

APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT- 4

23CV0986

# PROOF OF SERVICE

I, Anton Ewing, am over 18, a pro per plaintiff in this matter and have served on Defendants as follows:

23-cv-0986-DMS-JLB      **Notice has been electronically mailed to:**

I have also mailed a copy of this document to Defendant.

Sean Richard Kirtz, an individual
7355 MAHOGANY BEND COURT
BOCA RATON, FL 33434

and by US Mail, postage pre-paid, first class to:

Kirtz Investments, Inc
7355 MAHOGANY BEND COURT
BOCA RATON, FL 33434

As well as all other CM/ECF users registered in this matter.

I swear under penalty of perjury that the above was served as stated.
Dated: June 29, 2023

/S/ Anton Ewing
Anton Ewing